C.J. Duggan, I see you. Steve Warhol, your name, please? Mr. Feldman, first. Yes, sir. I'm Steve Feldman, your honor. I'm Bob's great fan, and such. So, Steve, I appreciate you being here, and I'm really happy to see you. Great to hear you, and I also appreciate all you do for the community. Thank you. Thank you, your honor. This is J.D. Antion, associate lawyer. My name's Steve McCoy. My name is Bruce Finebug. I'm the Chief of State. And I represent the Plans and Distraction. And I'm also appearing on the second month of March, 2016, and the third beer is today. And I'm speaking for both parties, and I'm honored to do so. Your honors, the first information I'd like to introduce to you is that it's a pleasure to be here with you today. I'm Bruce Finebug, and I represent the Plans and Distraction. This case, your honors, is about 100,000 voters in Arizona who will be disappointed to understand the upcoming election by a rather extraordinary statute. One that takes the well-known and popular voting method, particularly among Native Americans and Latinos, 30 years of them, on an incredible stage. HB 2003 makes it a value to do what friends, neighbors, and volunteers are. And it's a position that's been doing for years, helping people vote by collecting their answers to the panelists and teaming or mailing them to the appropriate individuals. We've had a lot of support from this board and thousands of others who have been able to rely on those friends and volunteers to help them whether or not they're able to vote or will be able to sing new significant songs and visit the board. Your honors, in determining that HB 2033 did not violate the Voting Rights Act, includes a new statistical evidence environment, policies of enforcement, and the most important of all, under section 2, was a voter profile record that was really full of unrefuted evidence that hasn't fixed in. I mean, this is not, this is a huge project. You know, Native Americans and voters in the Native position, for reasons that are directly related to Arizona's nominee, anybody's history of giving your thoughts on this really well. You know, it shows us a lot of changes and variations of the regulations. As well, I think it's challenging that those procedures would show that there's very high risk of a foreign group as opposed to a white group, which is significant to Congress in the case of HB 2033. So, it is just a problem. It really shouldn't be an issue for the next generation. Before you go there, and I may have said it in two ways. One, I think there is, you know, a lot of scathing evidence. Some of it's just a single type of evidence that the Secretary of the District Court wasn't doing before. But there is a flaw to that. I'll just mention that again. The other thing that I would say, and this is a little bit hard to do, but there are a lot of cases in court, is that both prongs of decisions regarding the Voting Rights Act has required a moment of totality in certain cases. I mean, who is looking at this case? Is that a fair question? Yes. Actually, I should have said that. I'm sorry. I just made a mistake. It's a tragedy. It's a tragedy for us. And this will be the case in other courts. So, there is a big barrage, a profound, big barrage in the litigation. So, I think you should be able to see how those decisions establish how to ensure that you have the force to get it to where it is required. Right. And this is the way it has been done in many other cases. I would say that there are only four quantitative amendments, if you will, that are used in it. And there's no evidence that can hold you on the side of the point. One of the proposals in court is legislative testimony. And testimony in a legislative manner from the obvious, you know, bread and butter is changing. It's not people vote. It's not their voters vote. It's an alternative. We say that this is a method of voting that is just impossible to use. I know Scandinavian Americans in Arizona, so that's one point of view. And this will be a little bit of a setbacker. But we certainly are brave enough to be a bit braver. Secondly, you can have these sort of integrations bind to activist groups, not to the partisan. Many of these are non-partisan groups that work together to vote on corners or whatever. You also should participate. Yes. So the thing in court was, you know, I think that's actually more of a challenging question than it really is. Because, I mean, I said, well, you should vote, you should vote, you should vote all along. You know, these are people that I believe in. I can see it. I can see it. I can hold it in. I can see it. So, yes, this is more partisan than it really is. It must be used. I see there's a little bit of change in the process of doing this. But I feel like the focus here, what I was most troubled by here, was that all people didn't support each other. So there's a lot of differences. It's a challenge. So this is going to change the order. It's a challenging procedure. We have to educate our communities, our minority communities as well, and push them through the issues that they need to support. But since you've already spoken a lot about this, and I have to ask you two questions. Why does this seem irregular to me? Because there are a lot of health institutions that are going to be going to be doing this, and there are a lot of health institutions that are going to be doing this. And so why was this two-quarter wrong in such a good time? You know, it's a challenge to the future. Right. And I'm only going to go through all four of these, but I think that's part of the issue. I think that's interesting. All those categories of differences that you're pointing to are, at least to me, disproportionately used by Latinos in the American health system. Yes, absolutely. And also, I think the evidence may have led to people being confused. I don't know if that's the only thing. I don't know how the patient is going to be able to understand what the research is doing. I think it's looking to be a transitional period. I think that's a funny thing to say. I'm not sure I'm going to be able to answer this question. I'm not going to be able to answer it. Well, this is a special case. Are those used in all of the American communities? I think the patient came down and there's no evidence, and I remember your commenter, that it is used by men and women in the same reporting in those communities. I think it's part of the issue of, you know, why is it all so important? It's uncommon for it to be used. It's not as much or more important. I know that some of the patients, they don't actually need such a project, which is why I'm wondering if there are any recommendations that we want to make. Right. And I understand that a CS5 submission, I think it's a silver lull, and there was mention before, I don't think, is a valid function of the laws. The state institution procedure, this was a method that was, of course, being used by the Americans Independence Committee to proceed their procedures. But it also intersects with many other, and the reason that we want that to extend or start a new procedure is in case of a new procedure. And in those cases, a lot of the ways you can choose to submit a decision that shows if Americans, for instance, are decisions that are on the bills or economic decision stages, and so in the immoving areas where you already have decisions, those types of meetings are considered as part of a future action scheme with the Congress of Independence. Do you see a particular reason for that? I can speak to all the information that the committee has. If anything, I think the cost of training and training of our students in this program is too much, and it's just too expensive because there's been a void that needs to show that this is a new kind of voting opportunity. Right. Yes. And I think that in my opinion, one of the reasons that totality of certainties is important and first, if you're looking at whether there's a distribution, is things like blood pressure in the bottom and if it is, and if it doesn't have any elapses, then that suggests that it is going to be harder for students to vote here in your immoving methods and of course, if you're looking at whether it requires the distribution in the bottom, the distribution is an interest. There's still going to be a void and there's not going to be a lot of significance. Right. And I think that if you're looking at the current situation in the world and you can see it's not as quiet as it may be and there's just a number of things that are all here that provide an opportunity for students to be more engaged and be able to have a discussion. But it's not, it's not a concern that's been out here for a chance and it's not necessarily an analysis because we couldn't reach the first one which is the seven district where the head is here and the other in fact, the top is here and the bottom but you already know about this before there's been a discussion proceed with this and say we both thought if you guys however even just through fair and you can show essentially that there's very discussing and event you know emails know this before so so exultant I    I can't they won't help but to make decision right don't call course we I burn yes here yeah I A A D A A A A I I A
judges: Thomas, Bea, Ikuta